# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN,

               Petitioner,      :      Case No. 3:17-cv-080

   - vs -                            District Judge Thomas M. Rose
                                    Magistrate Judge Michael R. Merz

SHEA HARRIS, Warden,
 Warren Correctional Institution,

                                 :

               Respondent.

# RECOMMITTAL ORDER

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Petitioner's Objections (ECF No. 38) to the Magistrate Judge's Second Supplemental Report and Recommendations (ECF No. 34).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 27, 2018                                                                  */Thomas M. Rose

                                                                      _____
                                                                         Thomas M. Rose
                                                                    United States District Judge