# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN,

        Petitioner,     :    Case No. 3:17-cv-080

  - vs -                          District Judge Thomas M. Rose
                                      Magistrate Judge Michael R. Merz

CHAE HARRIS, Warden,
 Warren Correctional Institution,

                             :

        Respondent.

## DECISION AND ORDER

This case is before the Court on Petitioner's Objections (ECF No. 57) to the Magistrate Judge's Supplemental Memorandum on Motion for Evidentiary Hearing (ECF No. 48) These Objections are dealt with in the Court's Corrected Decision and Order and are hereby expressly overruled. This ruling renders moot Petitioner's Objections (ECF No. 58) to the Magistrate Judge's denial of extension of time to file objections to the Supplemental Memorandum Opinion on Evidentiary Hearing.

On May 15, 2018, Petitioner filed his "Writ of District Judge to Review the Entire Record" (ECF No. 60). Despite his later objection to the Court's construing his "writs" as motions, in this "Writ" he moves for District Judge review of the entire record. *Id.* at PageID 3988. As the Magistrate Judge has recommended (ECF No. 62), Petitioner's Objections (ECF No. 67) are without merit and are overruled.

Petitioner's Objections (ECF No. 63) to the Magistrate Judge's Order to Amend the

1

Caption (ECF No. 56) are moot because the Magistrate Judge amended the caption back to the caption Petitioner used when he filed the case (with the exception of correcting an error in the spelling of Respondent's name).

IT IS SO ORDERED.

June 18, 2018                                                              */Thomas M. Rose

                                                                           _____
                                                                           Thomas M. Rose
                                                                           United States District Judge