# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN,

              Petitioner,      :      Case No. 3:17-cv-080

   - vs -                              District Judge Thomas M. Rose
                                       Magistrate Judge Michael R. Merz

SHEA HARRIS, Warden,
 Warren Correctional Institution,

                              :

              Respondent.

## DECISION AND ORDER

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Petitioner's Motion for Reconsideration (ECF No. 77). The Court finds the Motion is without merit and it is hereby DENIED.

June 26, 2018.                                                                    *s/Thomas M. Rose

                                                                            Thomas M. Rose
                                                                    United States District Judge