# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN,

         Petitioner,    :    Case No. 3:17-cv-080

  - vs -                      District Judge Thomas M. Rose
                             Magistrate Judge Michael R. Merz

SHEA HARRIS, Warden,
 Warren Correctional Institution,

                                :

        Respondent.

## DECISION AND ORDER

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Petitioner's Motion for Reconsideration (ECF No. 79). The Court finds the Motion is without merit and it is hereby DENIED.

June 29, 2018.                                            *s/Thomas M. Rose

                                                                  _____
                                                                       Thomas M. Rose
                                                                United States District Judge