# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN,

               Petitioner,      :      Case No. 3:17-cv-080

   - vs -                          District Judge Thomas M. Rose
                                    Magistrate Judge Michael R. Merz

CHAE HARRIS, Warden,
  Warren Correctional Institution

                               :

               Respondent.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

This habeas corpus case is before the Court on Petitioner's Motion for Default Judgment (ECF No. 94). However, the case is also pending before the Sixth Circuit on Petitioner's appeal from the final judgment in this case (6th Cir. Case No. 18-3722).

The filing of a timely and sufficient notice of appeal immediately transfers jurisdiction of all matters relating to the appeal from the district court to the court of appeals. It divests the district court of authority to proceed further with respect to such matters, except in aid of the appeal, or to correct clerical mistakes under Fed. R. Civ. P. 60(a) or Rule 36 of the Federal Rules of Criminal Procedure, or in aid of execution of a judgment that has not been superseded, until the district court receives the mandate of the court of appeals. 9 Moore's Federal Practice ¶ 203.11 at 3-45 and 3-46. Filing a notice of appeal divests the District Court of jurisdiction over a case and vests jurisdiction in the Circuit Court of Appeals until the district court receives the mandate of the court of appeals. *Marrese v. American Academy of Osteopathic Surgeons,* 470 U.S. 373 (1985); *Pickens v. Howes,* 549 F.3d 377, 381 (6th Cir. 2008); *Pittock v. Otis Elevator Co.*, 8 F.3d 325, 327 (6th Cir.

1

1993); *Lewis v. Alexander*, 987 F.2d 392, 394 (6th Cir. 1993); *Cochran v. Birkel,* 651 F.2d 1219, 1221 (6th Cir. 1981).

Because the appeal is still pending, the Motion for Default Judgment is DENIED.

September 19, 2018.                                             *s/Thomas M. Rose

                                                              _____
                                                                    Thomas M. Rose
                                                              United States District Judge