# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN,

        Petitioner,    :    Case No. 3:17-cv-080

  - vs -                      District Judge Thomas M. Rose
                               Magistrate Judge Michael R. Merz

CHAE HARRIS, Warden,
  Warren Correctional Institution

                                    :

        Respondent.

## ORDER DENYING "CORRECTED' MOTION FOR DEFAULT JUDGMENT

This habeas corpus case is before the Court on Petitioner's "Corrected" Motion for Default Judgment (ECF No. 96) which is denied on the same basis as his prior Motion for Default Judgment (See ECF Nos. 94 and 95).

September 27, 2018.                                          *s/Thomas M. Rose

                                                                          Thomas M. Rose
                                                              United States District Judge