# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN EL,

        Petitioner,     :    Case No. 3:17-cv-080

  - vs -                      District Judge Thomas M. Rose
                                    Magistrate Judge Michael R. Merz

CHAE HARRIS, Warden,
 Warren Correctional Institution,

                                  :

        Respondent.

## ORDER OVERRULING OBJECTIONS

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Petitioner's "Writ of Error/Objection to Order Striking Affidavit" (ECF No. 100).

Petitioner's Objections are without merit. His purported Power of Attorney has no relevance to these proceedings. The Objections are OVERRULED.

October 31, 2018                                                              *s/Thomas M. Rose

                                                                                 Thomas M. Rose
                                                                    United States District Judge