# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEFFREY ANTONIO BROWN EL,

        Petitioner,         :     Case No. 3:17-cv-080

   - vs -                       District Judge Thomas M. Rose
                                Magistrate Judge Michael R. Merz

CHAE HARRIS, Warden,
 Warren Correctional Institution,

                                    :

        Respondent.

## ORDER OVERRULING OBJECTIONS

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Petitioner's "Writ for Reconsideration" (ECF No. 102).

Petitioner's "Writ" without merit. The Court again concludes his purported Power of Attorney has no relevance to these proceedings. The "Writ" is DENIED.

November 13, 2018.                                                                     *s/Thomas M. Rose

                                                                                 Thomas M. Rose
                                                                       United States District Judge